IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| 24 HOUR FITNESS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-2668-EFM |
| ) | |
| CHAD CRIQUI, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Plaintiff 24 Hour Fitness USA, Inc. ("24 Hour Fitness") notified the court of an order issued by Judge Samuel Conti of the United States District Court for the Northern District of California precluding plaintiff from further prosecuting this action in this court (**doc. 10**). 24 Hour Fitness requests a stay of this action until Judge Conti's order becomes final, or is appealed and thereafter becomes final.

The undersigned U.S. Magistrate Judge, James P. O'Hara, construes plaintiff's notification as a motion requesting a stay of this action. The undersigned finds that the case should be stayed until Judge Conti's order becomes final, or is appealed and thereafter becomes final. Within 45 days thereafter, the parties shall submit a status report to this court.

IT IS SO ORDERED:

Dated August 29, 2012, at Kansas City, Kansas.

s/James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

11-2668-EFM-10.docx